SABRINA L. SHADI, SBN 205405
HILLARY FREESMEIER (GEORGIA SBN 202626)
TALI KNAUER (GEORGIA SBN 719443)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: sshadi@bakerlaw.com
  hfreesmeier@bakerlaw.com
  tknauer@bakerlaw.com

Attorneys for Defendant
TUNGSTEN NETWORK, INC.


RISE LAW FIRM, PC
ELIOT J. RUSHOVICH (SBN 252343)
LISA M. WATANABE-PEAGLER (SBN 258182)
ELISSA A. CROCE (SBN 329959)
8383 Wilshire Blvd., Suite 315
Beverly Hills, CA 90211
Telephone: 310.728.6588
Facsimile: 310.728.6560
Email: eliot@riselawfirm.com
  lisa@riselawfirm.com
  elissa@riselawfirm.com

*Attorneys for Plaintiff*
PRATIKSHA PATEL

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| PRATIKSHA PATEL, an individual, | Case No.: 2:20-cv-07603-SB-JEM |
| Plaintiff, | [Hon. Stanley Blumenfeld, Jr., Courtroom 6c] |
| v. | **ORDER** |
| TUNGSTEN NETWORK, INC., a Delaware corporation and DOES 1 through 50, inclusive, | [Discovery Document: Referred to Magistrate Judge John E. McDermott] |
| Defendant. | Action Removed: August 21, 2020<br>Action Filed: July 14, 2020 |

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the Parties' Stipulated and Proposed Protective Order is approved and shall be entered in the above-captioned matter.

Dated: February 25, 2021

_____
Honorable John E. McDermott